NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLERGAN, INC., ALLERGAN USA, INC., ALLERGAN SALES, LLC, ENDO PHARMACEUTICALS SOLUTIONS, INC., and SUPERNUS PHARMACEUTICALS, INC.,**
*Plaintiffs-Appellants,*

**v.**

**WATSON LABORATORIES, INC. – FLORIDA,**
*Defendant-Appellee,*

**and**

**SANDOZ, INC.,**
*Defendant-Appellee,*

**and**

**PADDOCK LABORATORIES, INC.,**
*Defendant-Appellee.*

---

2012-1310

---

Appeal from the United States District Court for the District of Delaware in No. 09-CV-0511, Chief Judge Gregory M. Sleet.

---

**JUDGMENT**

---

Juanita R. Brooks, Fish & Richardson P.C., of Minneapolis, Minnesota, argued for plaintiffs-appellants. With her on the brief were Jonathan E. Singer, of Minneapolis, Minnesota; and W. Chad Shear, of Wilmington, Delaware.

Charles A. Weiss, Kenyon & Kenyon, LLP, of New York, New York, argued for defendant-appellee, Watson Laboratories, Inc. – Florida. With him on the brief were Cynthia Lambert Hardman; and John W. Bateman, of Washington, DC.

Brian M. Kramer, Morrison & Foerster, LLP, of San Diego, California, argued for defendant-appellee, Sandoz, Inc. With him on the brief were David C. Doyle and Anders T. Aannestad; and Deanne E. Maynard of Washington, DC,

Wendy M. Ward, Merchant & Gould, P.C., of Madison, Wisconsin, argued for defendant-appellee, Paddock Laboratories, Inc. With her on the brief were Jeffrey S. Ward and Shane A. Brunner; and Rachel K. Zimmerman, of Minneapolis, Minnesota.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, LINN and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 18, 2012      /s/ Jan Horbaly
Date      Jan Horbaly
Clerk